393 A.2d 1289

## Housing Authority of the City of Pittsburgh v. Griffin, Appellant.

Argued April 18, 1978. Edward A. Olds, for appellant; John R. Orie, Jr., with him David B. Washington, for appellee.

Case remanded to the court below for a hearing.

HESTER, J., did not participate in the consideration or decision of this case.

393 A.2d 1290

## Hutchinson et al. v. Corsello et ux., Appellants.

Argued April 12, 1978. James R. Hartline, with him Thomson, Rhodes & Grigsby, for appellants; Stuart W. Benson, III, for appellees.

Order affirmed.